UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| GUADALUPE PINA, | |
| Petitioner, | Civ. No. 16-4280 (KM) |
| v. | |
| TISH CASTILLE, | **MEMORANDUM AND ORDER** |
| Respondent. | |

Petitioner, Guadalupe Pina, is an immigration detainee currently lodged at the Hudson County Correctional Facility in Kearny, New Jersey. She is proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 that challenges her immigration detention.

On January 19, 2017, this Court issued a Memorandum and Order that ordered respondent to file a status report on petitioner's immigration proceedings within ten days. To date, no response to that Memorandum and Order has been filed by respondent. It appears that the most recent attorney to enter her appearance on behalf of respondent (Gladys M. Steffens Guzman, Esq.) may not have been notified of this Court's January 19, 2017 Order as the result of a clerical error.[1] Given this omission, this Court will give respondent until February 6, 2017 to respond to this Court's January 19, 2017 Order.

Accordingly, IT IS this 31st day of January, 2017,

ORDERED that respondent shall have until February 6, 2017 to respond to this Court's January 19, 2017 Memorandum and Order (Dkt. No. 8) by supplying this Court with a status update on petitioner's immigration proceedings; and it is further

---

[1] It appears as if Ms. Guzman was not listed as an attorney to be noticed on the docket by the Clerk at the time she entered her appearance on behalf of respondent on January 4, 2017. That clerical error has now been rectified by the Clerk.

2

ORDERED that petitioner may file an optional response with ten (10) days after respondent files her status report; and it is further

ORDERED that the Clerk shall serve this Order on petitioner by regular U.S. mail.

_____
KEVIN MCNULTY
United States District Judge